1
2
3
4
5
6
7        UNITED STATES DISTRICT COURT
8        CENTRAL DISTRICT OF CALIFORNIA
9
10   RICKEY S. HUFF,                    )    No.  CV 12-5109-DDP (AGR)
                                        )
11                   Petitioner,        )
                                        )    ORDER ACCEPTING FINDINGS AND
12            v.                        )    RECOMMENDATION OF UNITED
                                        )    STATES MAGISTRATE JUDGE
13   VALENZUELA, Warden,                )
                                        )
14                   Respondent.        )
                                        )
15

16            Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on

17   file, and the Report and Recommendation of the United States Magistrate Judge.

18   Petitioner has not filed any Objections to the Report.  The Court accepts the findings

19   and recommendation of the Magistrate Judge.

20            IT IS ORDERED that Judgment be entered denying the Petition and dismissing

21   this action with prejudice.

22
                          NOV - 1 2012
23   DATED: _____      _____
                                                DEAN D. PREGERSON
24                                              United States District Judge

25
26
27
28