# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY S. HUFF, | No.  CV 12-5109-DDP (AGR) |
| Petitioner, | |
| v. | JUDGMENT |
| VALENZUELA, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: _NOV - 1 2012_ _____

_Dean D. Pregerson_

DEAN D. PREGERSON
United States District Judge